PER CURIAM. 

(No. 75-CC-1037–)

DE PAUL UNIVERSITY, Claimant, *vs.* STATE OF ILLINOIS, ILLINOIS OFFICE OF EDUCATION, Respondent.

*Opinion filed June 2, 1975.*

DE PAUL UNIVERSITY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM. 